IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>JUST ENERGY GROUP INC., et al.,<br><br>Debtors in a Foreign Proceeding.[1] | Chapter 15<br><br>Case No. 21-30823 (MI) |
| JUST ENERGY TEXAS LP, FULCRUM RETAIL ENERGY LLC, HUDSON SERVICES LLC, JUST ENERGY TEXAS I CORP., JUST ENERGY GROUP, INC., and LUMINANT ENERGY COMPANY LLC,<br><br>    Plaintiffs and Plaintiff-Intervenor,<br><br>    v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., NRG ENERGY INC., and CALPINE CORPORATION,<br><br>    Defendant and Defendant-Intervenors. | Adv. Pro. 21-04399 (DRJ) |

## NOTICE OF APPEAL

Electric Reliability Council of Texas, Inc. ("ERCOT") and Defendant-Intervenors Calpine Corporation and NRG Energy, Inc. file this *Notice of Appeal* of the *Order Granting in Part and Denying in Part Motion to Dismiss Second Amended Complaint* [Dkt. No. 209] signed by the Bankruptcy Court on July 6, 2022. The Order is attached as **Exhibit A**.

The names of all the parties to the Order and the names, addresses, telephone numbers, and email addresses of their respective attorneys of record are as follows:

---

[1] The identifying four digits of Just Energy Group Inc.'s local Canada tax identification number are 0469. A complete list of debtor entities in these chapter 15 cases may be obtained at www.omniagentsolutions.com/justenergy.

| PARTY | COUNSEL |
|---|---|
| **ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. – APPELLANT** | **MUNSCH HARDT KOPF & HARR, P.C.**<br>Kevin M. Lippman (Texas Bar No. 00784479)<br>Deborah Perry (Texas Bar No. 24002755)<br>Jamil N. Alibhai (Texas Bar No. 00793248)<br>Ross H. Parker (Texas Bar No. 24007804)<br>500 N. Akard St.<br>Suite 3800<br>Dallas, TX 75201<br>klippman@munsch.com<br>dperry@munsch.com<br>jalibhai@munsch.com<br>rparker@munsch.com<br><br>**WINSTEAD PC**<br>Elliot Clark (Texas Bar No. 24012428)<br>401 Congress Ave.<br>Suite 2100<br>Austin, TX 78701<br>eclark@winstead.com |
| **CALPINE CORPORATION -- APPELLANT** | **BAKER BOTTS LLP**<br>George Fibbe (Texas Bar No. 24036559)<br>Aaron Streett (Texas Bar No. 24037561)<br>Mark Little (Texas Bar No. 24078869)<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 229-1234<br>Facsimile: (713) 229-1522<br>George.fibbe@bakerbotts.com<br>Aaron.streett@bakerbotts.com<br>Mark.little@bakerbotts.com |
| **NRG ENERGY, INC. -- APPELLANT** | **SHEARMAN & STERLING LLP**<br>C. Luckey McDowell (Texas Bar No. 24034565)<br>Ian E. Roberts (Texas Bar No. 24056217)<br>2828 N. Harwood Street, Suite 1800<br>Dallas, Texas 75201<br>Telephone: (214) 271-5777<br>Luckey.mcdowell@shearman.com<br>ian.roberts@shearman.com |

| PARTY | COUNSEL |
|---|---|
| **JUST ENERGY TEXAS LP, FULCRUM RETAIL ENERGY LLC, HUDSON SERVICES LLC, JUST ENERGY I CORP., AND JUST ENERGY GROUP, INC. – APPELLEES** | QUINN EMANUEL URQUHART & SULLIVAN LLP<br>James Tecce<br>Simon Barnas<br>Lindsay Weber<br>51 Madison Ave.<br>22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>jamestecce@quinnemanuel.com<br>simonbarnas@quinnemanuel.com<br>lindsayweber@quinnemanuel.com<br><br>Kate Kaufmann Shih<br>John Bash<br>Pennzoil Place<br>711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>kateshih@quinnemanuel.com<br>johnbash@quinnemanuel.com |
| **INTERESTED PARTIES** ||
| **THE PUBLIC UTILITY COMMISSION OF TEXAS** | KEN PAXTON<br>Attorney General of Texas<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br><br>SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation<br><br>SEAN O'NEILL<br>Assistant Attorney General<br>Deputy Chief, Bankruptcy & Collections Division<br><br>JASON B. BINFORD<br>Texas State Bar No. 24045499<br>Southern Dist. Bar No. 574720 |

| PARTY | COUNSEL |
|---|---|
|  | LAYLA D. MILLIGAN<br>Texas State Bar No. 24026015<br>Southern Dist. Bar No. 38000<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548 MC008<br>Austin, Texas 78711-2548<br>Telephone: (512) 463-2173<br>Facsimile: (512) 936-1409<br>jason.binford@oag.texas.gov<br>layla.milligan@oag.texas.gov |
| **LUMINANT ENERGY COMPANY LLC** | **GIBSON DUNN & CRUTCHER LLP**<br>Eric Thomas Haitz<br>811 Main Street<br>Houston, TX 77002<br>Telephone: (346) 718-6648<br>ehaitz@gibsondunn.com |

Dated: July 19, 2022  **MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Jamil N. Alibhai*
Kevin M. Lippman
Texas Bar No. 00784479
klippman@munsch.com
Deborah Perry
Texas Bar No. 24002755
dperry@munsch.com
Jamil N. Alibhai
Texas Bar No. 00793248
jalibhai@munsch.com
Ross H. Parker
Texas State Bar No. 24007804
rparker@munsch.com

3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**ATTORNEYS FOR ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.**

**BAKER BOTTS LLP**

By:  */s/ George Fibbe*
George Fibbe
Texas Bar No. 24036559
George.fibbe@bakerbotts.com
Aaron Streett
Texas Bar No. 24037561
Aaron.streett@bakerbotts.com
Mark Little
Texas Bar No. 24078869
Mark.little@bakerbotts.com
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

**ATTORNEYS FOR CALPINE CORPORATION**

**SHEARMAN & STERLING LLP**

By: */s/ Ian E. Roberts*
C. Luckey McDowell
Texas Bar No. 24034565
lucky.mcdowell@shearman.com
Ian E. Roberts
Texas Bar No. 24056217
ian.roberts@shearman.com
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 271-5777

**ATTORNEYS FOR NRG ENERGY, INC.**

## **CERTIFICATE OF SERVICE**

   I certify that on July 19, 2022 I caused a copy of the foregoing document to be served via the Court's CM/ECF system on all counsel of record.

                  */s/ Jamil N. Alibhai*
                  Jamil N. Alibhai